**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1510**

POOPAK TA'ATI,

Plaintiff - Appellant,

versus

BOARD OF TRUSTEES OF MONTGOMERY COMMUNITY
COLLEGE,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Roger W. Titus, District Judge. (CA-03-
2097-RWT; CA-04-3799-RWT)

Submitted: March 3, 2006          Decided: March 20, 2006

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Poopak Ta'ati, Appellant Pro Se. Sharon Veronica Burrell, Joann
Robertson, COUNTY ATTORNEY'S OFFICE, Rockville, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Poopak Ta'ati appeals the district court's order granting summary judgment to the Defendant on her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court in the bench hearing of April 18, 2005. <u>See</u> <u>Ta'ati v. Board of Trustees of Montgomery Community College</u>, Nos. CA-03-2097-RWT; CA-04-3799-RWT (D. Md. Apr. 18, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>